No. 1227. UNITED STATES EX REL. GOODMAN *v.* HEARN, COMMANDING GENERAL. June 10, 1946. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is granted, limited to the third and fourth questions in the petition for writ of certiorari. *Harry Mesard* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for respondent. ■

No. 1302. LOUISIANA EX REL. FRANCIS *v.* RESWEBER, SHERIFF, ET AL. June 10, 1946. Petition for writ of certiorari to the Supreme Court of Louisiana granted. *Robert E. Kline, Jr.* for petitioner.

No. 714. UNITED STATES *v.* HEINE. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General McGrath* for the United States. *George Gordon Battle* for respondent.

No. 891. McKOWN *v.* FLORIDA. April 29, 1946. Petition for writ of certiorari to the Supreme Court of Florida denied. *B. K. Roberts* and *W. J. Oven, Jr.* for petitioner.

No. 925. GERMAN - AMERICAN VOCATIONAL LEAGUE, INC. *v.* UNITED STATES;

No. 926. D. A. B. RECREATIONAL RESORT, INC. *v.* UNITED STATES;

No. 927. SCHROEDER *v.* UNITED STATES;